UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA COOK,

        Plaintiff,

    v.

SOFI TECHNOLOGIES, INC.,

        Defendant.

Case No.  26-cv-01722-SK

**ORDER DISMISSING CASE WITH PREJUDICE**

Regarding Docket No. 14

On May 4, 2026, Plaintiff Joshua Cook filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 14.)  Defendant has not served an answer or a motion for summary judgment.  Accordingly, the Court DISMISSES this case WITH PREJUDICE.  Each party shall bear its own fees and costs. All case deadlines and hearings are VACATED.  The Clerk is instructed to close this file.

    **IT IS SO ORDERED**.

Dated: May 6, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California